COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Bradley Jared Barton v. Office of Attorney General

Appellate case number:   01-19-00677-CV

Trial court case number:  2018-84841

Trial court:                   309th District Court of Harris County

On January 23, 2020, we reinstated this case on the Court's active docket and directed the trial court, by February 3, 2020, to send the reporter's record, filed in this Court on December 6, 2019; the clerk's record, filed in this Court on December 19, 2019; and the supplemental clerk's record, filed in this Court on January 14, 2020, to appellant at the address provided in his motion:

Bradley Barton
TDCJ ID # 1680744
Ferguson Unit
12120 Savage Drive
Midway, Texas 75852

We further directed the trial court clerk, by February 7, 2020, to notify the clerk of this Court of the date on which delivery to appellant was made.

This Court has yet to receive said notification from the trial court clerk. **We direct the trial court clerk, within 7 days of this order, to send the reporter's record, filed in this Court on December 6, 2019; the clerk's record, filed in this Court on December 19, 2019; and the supplemental clerk's record, filed in this Court on January 14, 2020, to appellant at the address above.**

Appellant's brief is due to be filed in this Court by **April 5, 2020**. All other pending motions are dismissed as moot.

It is so ORDERED.


Judge's signature: _____/s/ Russell Lloyd_____
                              Acting individually


Date:  February 27, 2020